RICHARD C. SCHAEFFER *v.* CHERYL N. SCHAEFFER
(6184)

DALY, O'CONNELL and STOUGHTON, Js.

Argued June 16—decision released June 30, 1988

*Tony Ghecas,* for the appellant (defendant).

*Charles F. Stelljes,* for the appellee (plaintiff).

PER CURIAM. We have carefully examined the records, transcripts and briefs submitted to us on this appeal. After affording the plaintiff's claims of error the appropriate scope of review, to the extent that they have been properly presented, we conclude that the trial court correctly applied the law to the evidence. We cannot retry the case. *Stiepel* v. *Cone,* 14 Conn. App. 815, 541 A.2d 547 (1988).

There is no error.